**FILED**

January 26, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        Case No. MAG. 11-0028-EFB
                                )
v.                              )
                                )        ORDER FOR RELEASE OF
ALEX LIAO,                      )        PERSON IN CUSTODY
            Defendant.          )
                                )
_____)

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ALEX LIAO, Case No. MAG. 11-0028-EFB

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of: $50,000.00.

   __X__    Co-Signed Unsecured Appearance Bond

   _____    Secured Appearance Bond

   __X__    (Other) Conditions as stated on the record.

   _____    (Other) _____.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _01-27-2011_ at _2:20 pm_.

By _____
   Edmund F. Brennan
   United States Magistrate Judge