```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    ALEX LIAO
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 11-0056-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: April 12, 2011 |
| ALEX LIAO, et al., | ) | TIME: 9:15 a.m. |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, ALEX LIAO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, KEN WONG, by and through his counsel, DWIGHT M. SAMUEL, and BINH THU LAM, by and through his counsel, MICHAEL E. HANSEN, that the status conference set for Wednesday, March 15, 2011, be continued to Tuesday, April 12, 2011, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this

1  stipulation, through and including the date of the new status
2  conference hearing, April 12, 2011, shall be excluded from computation
3  of time within which the trial of this matter must be commenced under
4  the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and
5  Local Code T4 [reasonable time for defense counsel to prepare].
6
7  DATED: March 11, 2011           Respectfully submitted,
8                                  DANIEL J. BRODERICK
                                   Federal Defender
9
                                   /s/ Matthew M. Scoble
10                                 MATTHEW M. SCOBLE
                                   Assistant Federal Defender
11                                 Attorney for Defendant
                                   ALEX LIAO
12
13                                 /s/ Matthew M. Scoble for
                                   DWIGHT M. SAMUEL
14                                 Attorney for Defendant
                                   KEN WONG
15
16                                 /s/ Matthew M. Scoble, for
                                   MICHAEL E. HANSEN
17                                 Attorney for Defendant
                                   BINH THU LAM
18
   DATED: March 11, 2011           BENJAMIN B. WAGNER
19                                 United States Attorney

20                                 /s/ Matthew M. Scoble for
                                   TODD LERAS
21                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
22
23
24  / / /
25  / / /
26  / / /
27  / / /
28

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set March 12, 2011, status conference shall be continued to April 12, 2011, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, March 11, 2011, through and including the date of the new status conference hearing, April 12, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: March 14, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT