Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
BINH LAM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>ALEX LIAO, et al.,<br><br>              Defendants. | No. 2:11-CR-0056 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff; Matthew Scoble, attorney for defendant Alex Liao; Dwight Samuel, attorney for defendant Ken Wong; and Michael E. Hansen, attorney for defendant Binh Lam, that the previously-scheduled status conference date of April 12, 2011, be vacated and the matter set for status conference on May 24, 2011.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 24, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Status Conference**

1  Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense
2  counsel to prepare].
3  Dated:  April 8, 2011                                          Respectfully submitted,
4
5                                                                              /s/ Michael E. Hansen
                                                                               MICHAEL E. HANSEN
                                                                               Attorney for Defendant Binh Lam
6
7  Dated:  April 8, 2011                                          /s/ Michael E. Hansen for
                                                                               MATTHEW SCOBLE
                                                                               Attorney for Defendant Alex Liao
8
9  Dated:  April 8, 2011                                          /s/ Michael E. Hansen for
                                                                               DWIGHT SAMUEL
                                                                               Attorney for Defendant Ken Wong
10
11 Dated:  April 8, 2011                                          U.S. ATTORNEY'S OFFICE
12                                                                              /s/ Michael E. Hansen for
                                                                               TODD LERAS
13                                                                              Assistant U.S. Attorney
                                                                               Attorney for Plaintiff
14
15
                                                        **ORDER**
16
          IT IS HEREBY ORDERED that the previously-scheduled status conference date of
17
   April 12, 2010, be vacated and the matter set for status conference on May 24, 2011.  Time is
18
   excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and
19
   Local Code T4.
20
   Dated:  April 11, 2011
21
22                                          _____
                                            LAWRENCE K. KARLTON
23                                          SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT
24
25
26
27
28

                                                        2
**Stipulation and [Proposed] Order to Continue Status Conference**