DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.Com
916-447-1193

Attorney for Defendant
KEN WONG

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEX LIAO, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR-S-11-056 LKK <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE |

   IT IS HEREBY STIPULATED by the parties and through their respective counsel, Todd Leras, Assistant United States Attorney; Matthew Scoble, attorney for defendant Alex Liao; Dwight Samuel, attorney for defendant Ken Wong; and Michael E. Hansen, attorney for defendant Binh Lam, that the previously scheduled status conference date of May 24, 2011, be vacated and the matter set for status conference on July 19, 2011.

   Attorney Hansen is in trial presently. Additional time is necessary to prepare.

   It is further stipulated that the period from the date of this stipulation, May 16, 2011, through and including July 19, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and

1

Local Code T-4 for preparation of defense counsel.

Respectfully submitted,

Dated: May 16, 2011

                    /s/ Dwight M.. Samuel
                    DWIGHT M. SAMUEL
                    Attorney for Defendant Ken Wong

Dated: May 16, 2011

                    /s/ Mike E. Hansen[1]
                    MICHAEL E. HANSEN
                    Attorney for Defendant Binh Lam

Dated: May 16, 2011

                    /s/ Matthew Scoble[2]
                    MATTHEW SCOBLE
                    Attorney for Defendant Alex Liao

Dated: May 16, 2011         BENJAMIN B. WAGNER
                               United States Attorney

              By:   /s/Todd Leras[3]
                    TODD LERAS
                    Assistant United States Attorney

---

[1] Signed per email authorization.

[2] Signed per email authorization.

[3] Signed per email authorization.

ORDER

IT IS HEREBY ORDERED that the status conference of May 24, 2011, be vacated and the matter set for July 19, 2011. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

IT IS SO ORDERED.

Dated: May 20, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3