DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALEX LIAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 11-0056-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: September 20, 2011 |
| ALEX LIAO, et al., ) | TIME: 9:15 a.m. |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, ALEX LIAO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, KEN WONG, by and through his counsel, DWIGHT M. SAMUEL, and BINH THU LAM, by and through his counsel, MICHAEL E. HANSEN, that the status conference set for Wednesday, July 19, 2011, be continued to Tuesday, September 20, 2011, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this

stipulation, through and including the date of the new status conference hearing, September 20, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: July 14, 2011          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Matthew M. Scoble
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for Defendant
                              ALEX LIAO


                              /s/ Matthew M. Scoble for
                              DWIGHT M. SAMUEL
                              Attorney for Defendant
                              KEN WONG


                              /s/ Matthew M. Scoble, for
                              MICHAEL E. HANSEN
                              Attorney for Defendant
                              BINH THU LAM

DATED: July 14, 2011          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Matthew M. Scoble for
                              TODD LERAS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff




/ / /

/ / /

/ / /


**2**

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set July 19, 2011, status conference shall be continued to September 20, 2011, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, July 14, 2011, through and including the date of the new status conference hearing, September 20, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: <u>July 15, 2011</u>

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT