1 | Michael E. Hansen
Attorney at Law, SBN 191737
2 | 711 Ninth Street, Suite 100
Sacramento, CA  95814
3 | 916.438.7711 FAX 916.864.1359

4 | Attorney for Defendant
BINH LAM

5

6

7 | **IN THE UNITED STATES DISTRICT COURT**

8 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA,            No. 2:11-CR-00056 LKK

11 |                         Plaintiff,        **STIPULATION AND  ORDER TO
CONTINUE STATUS CONFERENCE,**
12 |      vs.                                 **AND TO EXCLUDE TIME PURSUANT
TO THE SPEEDY TRIAL ACT**
13 | ALEX LIAO, et al.,

14 |                         Defendants.

15

16 |      IT IS HEREBY STIPULATED by and between the parties hereto through their

17 | respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff;

18 | Michael E. Hansen, attorney for defendant Binh Lam; Matthew Scoble, attorney for defendant

19 | Alex Liao; and Dwight Samuel, attorney for defendant Ken Wong, that the previously-

20 | scheduled status conference date of September 20, 2011, be vacated and the matter set for

21 | status conference on December 13, 2011, at 9:15 a.m.

22 |      This continuance is requested to allow counsel additional time to review discovery with

23 | the defendants, to examine possible defenses and to continue investigating the facts of the case.

24 |      The Government concurs with this request.

25 |      Further, the parties agree and stipulate the ends of justice served by the granting of such

26 | a continuance outweigh the best interests of the public and the defendants in a speedy trial and

27 | that time within which the trial of this case must be commenced under the Speedy Trial Act

28 | should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

1

**Stipulation and Order to Continue Status Conference**

1  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

2  stipulation, September 16, 2011, to and including December 13, 2011.

3        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

4        IT IS SO STIPULATED.

5  Dated:  September 16, 2011                    Respectfully submitted,

6                                                /s/ Michael E. Hansen
                                                 MICHAEL E. HANSEN
7                                                Attorney for Defendant
                                                 BINH LAM
8
   Dated:  September 16, 2011                    /s/ Michael E. Hansen for
9                                                MATTHEW SCOBLE
                                                 Attorney for Defendant
10                                               ALEX LIAO

11 Dated:  September 16, 2011                    /s/ Michael E. Hansen for
                                                 DWIGHT SAMUEL
12                                               Attorney for Defendant
                                                 KEN WONG
13
   Dated:  September 16, 2011                    BENJAMIN B. WAGNER
14                                               United States Attorney

15                                               By:  /s/ Michael E. Hansen for
                                                 TODD LERAS
16                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff
17

18                                  **ORDER**

19       The Court, having received, read, and considered the stipulation of the parties, and

20 good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

21 Based on the stipulation of the parties and the recitation of facts contained therein, the Court

22 finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial

23 itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court

24 specifically finds that the failure to grant a continuance in this case would deny defense

25 counsel to this stipulation reasonable time necessary for effective preparation, taking into

26 account the exercise of due diligence.  The Court finds that the ends of justice to be served by

27 granting the requested continuance outweigh the best interests of the public and the defendants

28 in a speedy trial.

2

**Stipulation and Order to Continue Status Conference**

1    The Court orders that the time from the date of the parties' stipulation, September 16,

2    2011, to and including December 13, 2011, shall be excluded from computation of time within

3    which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18

4    U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to

5    prepare).   It is further ordered that the September 20, 2011, status conference shall be

6    continued until December 13, 2011, at 9:15 a.m.

7        **IT IS SO ORDERED**.

8    Dated: September 19, 2011

9    _____   LAWRENCE K. KARLTON
                                          SENIOR JUDGE
10                                         UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**Stipulation and Order to Continue Status Conference**