Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
BINH LAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ALEX LIAO, et al.,<br><br>               Defendants. | No. 2:11-CR-00056 LKK<br><br>**STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Binh Lam; Matthew Scoble, attorney for defendant Alex Liao; and Dwight Samuel, attorney for defendant Ken Wong, that the previously-scheduled status conference date of December 13, 2011, be vacated and the matter set for status conference on February 28, 2012, at 9:150 a.m.

     This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Additionally, defendant Binh Lam has ovarian cancer, is currently undergoing radiation and chemotherapy treatment and is, therefore, unable to attend the scheduled status conference on December 13, 2011.

     The Government concurs with this request.

     Further, the parties agree and stipulate the ends of justice served by the granting of such

**Stipulation and  Order to Continue Status Conference**

1  a continuance outweigh the best interests of the public and the defendants in a speedy trial and
2  that time within which the trial of this case must be commenced under the Speedy Trial Act
3  should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to
4  Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
5  stipulation, December 9, 2011, to and including February 28, 2012.

6       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
7       IT IS SO STIPULATED.

8  Dated:  December 9, 2011      Respectfully submitted,

9       /s/ Michael E. Hansen
     MICHAEL E. HANSEN
10      Attorney for Defendant
     BINH LAM
11

12 Dated:  December 9, 2011      /s/ Michael E. Hansen for
     MATTHEW SCOBLE
     Attorney for Defendant
13      ALEX LIAO

14 Dated:  December 9, 2011      /s/ Michael E. Hansen for
     DWIGHT SAMUEL
15      Attorney for Defendant
     KEN WONG
16

Dated:  December 9, 2011      BENJAMIN B. WAGNER
17      United States Attorney

18      By: /s/ Michael E. Hansen for
     TODD LERAS
19      Assistant U.S. Attorney
     Attorney for Plaintiff
20

21 **ORDER**

22      The Court, having received, read, and considered the stipulation of the parties, and
23 good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
24 Based on the stipulation of the parties and the recitation of facts contained therein, the Court
25 finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
26 itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
27 specifically finds that the failure to grant a continuance in this case would deny defense
28 counsel to this stipulation reasonable time necessary for effective preparation, taking into

**Stipulation and  Order to Continue Status Conference**

1  account the exercise of due diligence.  The Court finds that the ends of justice to be served by
2  granting the requested continuance outweigh the best interests of the public and the defendants
3  in a speedy trial.
4       The Court orders that the time from the date of the parties' stipulation, December 9,
5  2011, to and including February 28, 2012, shall be excluded from computation of time within
6  which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18
7  U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to
8  prepare).  It is further ordered that the December 13, 2011, status conference shall be continued
9  until February 28, 2012, at 9:15 a.m.
10      **IT IS SO ORDERED**.
11 Dated:  December 12, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and  Order to Continue Status Conference**