Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
BINH LAM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> vs.<br><br>ALEX LIAO, et al.,<br><br>       Defendants. | No. 2:11-CR-00056 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Binh Lam; Matthew Scoble, attorney for defendant Alex Liao; and Dwight Samuel, attorney for defendant Ken Wong, that the previously-scheduled status conference date of February 28, 2012, be vacated and the matter set for status conference on May 15, 2012, at 9:15 a.m.

   This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. Additionally, defendant Binh Lam has ovarian cancer, is currently undergoing radiation treatment through April and is unable to attend the scheduled status conference on February 28, 2012.

   The Government concurs with this request.

   Further, the parties agree and stipulate the ends of justice served by the granting of such

1

**Stipulation and Order to Continue Status Conference**

a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, February 24, 2012, to and including May 15, 2012.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  February 24, 2012                    Respectfully submitted,

                                             /s/ Michael E. Hansen
                                             MICHAEL E. HANSEN
                                             Attorney for Defendant
                                             BINH LAM

Dated:  February 24, 2012                    /s/ Michael E. Hansen for
                                             MATTHEW SCOBLE
                                             Attorney for Defendant
                                             ALEX LIAO

Dated:  February 24, 2012                    /s/ Michael E. Hansen for
                                             DWIGHT SAMUEL
                                             Attorney for Defendant
                                             KEN WONG

Dated:  February 24, 2012                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             By:  /s/ Michael E. Hansen for
                                             TODD LERAS
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into

**Stipulation and Order to Continue Status Conference**

account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 24, 2012, to and including May 15, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the February 28, 2012, status conference shall be continued until May 15, 2012, at 9:15 a.m.

**IT IS SO ORDERED**.

Dated:  February 24, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order to Continue Status Conference**