Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
BINH LAM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ALEX LIAO, et al.,<br><br>             Defendants. | No. 2:11-CR-00056 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Binh Lam; Matthew Scoble, attorney for defendant Alex Liao; and Dwight Samuel, attorney for defendant Ken Wong, that the previously-scheduled status conference date of July 10, 2012, be vacated and the matter set for status conference on September 18, 2012, at 9:15 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to

1

**Stipulation and Order to Continue Status Conference**

1 Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'
2 stipulation, July 6, 2012, to and including September 18, 2012.
3       Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
4       IT IS SO STIPULATED.

Dated: July 6, 2012                                  Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
BINH LAM

Dated: July 6, 2012                                  /s/ Michael E. Hansen for
MATTHEW SCOBLE
Attorney for Defendant
ALEX LIAO

Dated: July 6, 2012                                  /s/ Michael E. Hansen for
DWIGHT SAMUEL
Attorney for Defendant
KEN WONG

Dated: July 6, 2012                                  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

**Stipulation and Order to Continue Status Conference**

1  The Court orders that the time from the date of the parties' stipulation, July 6, 2012, to
2 and including September 18, 2012, shall be excluded from computation of time within which
3 the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
4 section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).
5 It is further ordered that the July 10, 2012, status conference shall be continued until
6 September 18, 2012, at 9:15 a.m.

7  **IT IS SO ORDERED**.

8 Dated:  July 6, 2012

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

**Stipulation and Order to Continue Status Conference**