```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALEX LIAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 11-0056-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: November 14, 2012 |
| ALEX LIAO, et al., ) | TIME: 9:15 a.m. |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, ALEX LIAO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender,and BINH THU LAM, by and through his counsel, MICHAEL E. HANSEN, that the status conference set for Wednesday, October 10, 2012, be continued to Wednesday, November 14, 2012, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status

conference hearing, November 14, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: October 5, 2012        Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Matthew M. Scoble
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for Defendant
                              ALEX LIAO

                              /s/ Matthew M. Scoble, for
                              MICHAEL E. HANSEN
                              Attorney for Defendant
                              BINH THU LAM

DATED: October 5, 2012        BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Matthew M. Scoble for
                              TODD LERAS
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 10, 2012, status conference shall be continued to November 14, 2012, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, October 4, 2012, through and including the date of the new status conference hearing, November 14,

1  2012, shall be excluded from computation of time within which the trial
2  of this matter must be commenced under the Speedy Trial Act, pursuant
3  to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time
4  for defense counsel to prepare].
5     Based on the stipulation of the parties and good cause appearing
6  therefrom, the Court hereby finds that the failure to grant a
7  continuance in this case would deny defense counsel reasonable time for
8  effective preparation taking into account the exercise of due
9  diligence.  The Court specifically finds that the ends of justice
10 served by the granting of such continuance outweigh the interests of
11 the public and the defendants in a speedy trial.
12    **IT IS SO ORDERED.**
13
14 DATED: October 9, 2012
15
16                                   LAWRENCE K. KARLTON
                                     SENIOR JUDGE
17                                   UNITED STATES DISTRICT COURT