```
JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALEX LIAO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr.S-11-056 LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| ALEX LIAO et al., | ) |
| Defendant. | ) |
| _____ | ) |

This matter came on calendar for a status conference hearing on January 23, 2013, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Todd Leras on behalf of the United States of America. Assistant Federal Defender Matthew Scoble appeared on behalf of Defendant Alex Liao, who was present before the court and in custody, and Michael Hansen appeared on behalf of Defendant Binh Thu Lam was not present and has a waiver on file.

Defense counsel explained that a settlement offer had just been received and the defense needed time to discuss the matter with Mr

1  Liao. Defense counsel therefore requested that this matter be set for a
2  further status conference on February 26, 2013, at 9:15 am.
3      The parties agreed on the need for additional time.
4      **IT IS HEREBY ORDERED** that this matter be set for further status
5  conference on February 26, 2013 at 9:15 am..
6      **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
7  and (B)(iv), and Local Code T4, the period from January 23, 2013, up to
8  and including February 26, 2013, is excluded from the time computations
9  required by the Speedy Trial Act due to counsel preparation.
10      **THE COURT SPECIFICALLY FINDS** that the ends of justice served by
11 granting a continuance outweigh the interests of the public and the
12 defendants in a speedy trial.

14 Dated: February 25, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT