JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALEX LIAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                            )   Cr.S. 11-0056-LKK
            Plaintiff,      )
                            )   **STIPULATION AND ORDER**
      v.                    )
                            )   DATE: April 9, 2013
ALEX LIAO, et al.,          )   TIME: 9:15 a.m.
                            )   JUDGE: Hon. Lawrence K. Karlton
            Defendants.     )
                            )
_____)

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, ALEX LIAO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender,and BINH THU LAM, by and through his counsel, MICHAEL E. HANSEN, that the status conference set for Tuesday, January 26, 2013, be continued to Tuesday, April 9, 2013, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status

conference hearing, April 9, 2013, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: February 21, 2013          Respectfully submitted,

                                  JOSEPH SCHLESINGER
                                  Acting Federal Defender

                                  /s/ Matthew M. Scoble
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ALEX LIAO

                                  /s/ Matthew M. Scoble, for
                                  MICHAEL E. HANSEN
                                  Attorney for Defendant
                                  BINH THU LAM

DATED: February 21, 2013          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Matthew M. Scoble for
                                  TODD LERAS
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set February 26, 2013, status conference shall be continued to April 9, 2013, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, February 21, 2013, through and including the date of the new status conference hearing, April 9, 2013,

shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: February 26, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT