JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALEX LIAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 11-056-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: May 21, 2013 |
| ALEX LIAO, et al., ) | TIME: 9:15 a.m. |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, ALEX LIAO, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender,and BINH THU LAM, by and through his counsel, MICHAEL E. HANSEN, that the status conference set for Tuesday, April 9, 2013, be continued to Tuesday, May 21, 2013, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status

1  conference hearing, May 21, 2013, shall be excluded from computation of
2  time within which the trial of this matter must be commenced under the
3  Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and
4  (B)(iv)and Local Code T4 [reasonable time for defense counsel to
5  prepare].

7  DATED: April 5, 2013                Respectfully submitted,

8                                      JOSEPH SCHLESINGER
                                       Acting Federal Defender

10                                     /s/ Matthew M. Scoble
                                       MATTHEW M. SCOBLE
                                       Assistant Federal Defender
11                                     Attorney for Defendant
                                       ALEX LIAO

13                                     /s/ Matthew M. Scoble, for
                                       MICHAEL E. HANSEN
14                                     Attorney for Defendant
                                       BINH THU LAM

15 DATED: April 5, 2013                BENJAMIN B. WAGNER
16                                     United States Attorney

17                                     /s/ Matthew M. Scoble for
                                       TODD LERAS
18                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff

21                         **O R D E R**

22     Based on the stipulation of the parties and good cause appearing
23  therefrom, the Court hereby adopts the stipulation of the parties in
24  its entirety as its order.  It is hereby ordered that the presently set
25  April 9, 2013, status conference shall be continued to May 21, 2013, at
26  9:15 a.m.  It is further ordered that the time period from the date of
27  the parties' stipulation, April 5, 2013, through and including the date
28  of the new status conference hearing, May 21, 2013, shall be excluded

**2**

1  from computation of time within which the trial of this matter must be
2  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161
3  (h)(7)(A) and (B)(iv) and Local Code T4 [reasonable time for defense
4  counsel to prepare].
5      Based on the stipulation of the parties and good cause appearing
6  therefrom, the Court hereby finds that the failure to grant a
7  continuance in this case would deny defense counsel reasonable time for
8  effective preparation taking into account the exercise of due
9  diligence.  The Court specifically finds that the ends of justice
10 served by the granting of such continuance outweigh the interests of
11 the public and the defendants in a speedy trial.
12     **IT IS SO ORDERED.**

DATED: April 9, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT