1  Michael E. Hansen [CSBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   BINH LAM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:11-CR-00056 LKK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| vs. | |
| ALEX LIAO, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Todd Leras, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Binh Lam, that the previously-scheduled status conference date of June 11, 2013, be vacated and the matter set for status conference on July 9 2013, at 9:15 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare), from the date of the parties'

1

**Stipulation and Order to Continue Status Conference**

1  stipulation, June 7, 2013, to and including July 9, 2013.

2      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3      IT IS SO STIPULATED.

4  Dated: June 7, 2013                        Respectfully submitted,

5                                            /s/ Michael E. Hansen
                                           MICHAEL E. HANSEN
6                                            Attorney for Defendant
                                           BINH LAM

7

8  Dated: June 7, 2013                        BENJAMIN B. WAGNER
                                           United States Attorney

9                                            By: /s/ Michael E. Hansen for
                                           TODD LERAS
10                                            Assistant U.S. Attorney
                                           Attorney for Plaintiff

11

12

13

14  **ORDER**

15  The Court, having received, read, and considered the stipulation of the parties, and
16  good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.
17  Based on the stipulation of the parties and the recitation of facts contained therein, the Court
18  finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial
19  itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court
20  specifically finds that the failure to grant a continuance in this case would deny defense
21  counsel to this stipulation reasonable time necessary for effective preparation, taking into
22  account the exercise of due diligence.  The Court finds that the ends of justice to be served by
23  granting the requested continuance outweigh the best interests of the public and the defendant
24  in a speedy trial.

25  The Court orders that the time from the date of the parties' stipulation, June 7, 2013, to
26  and including July 9, 2013, shall be excluded from computation of time within which the trial
27  of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section
28  3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is

2

**Stipulation and Order to Continue Status Conference**

1  further ordered that the June 11, 2013, status conference shall be continued until July 9, 2013,
2  at 9:15 a.m.
3       **IT IS SO ORDERED**.
4  Dated:  June 7, 2013

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order to Continue Status Conference**