HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
matthew_scoble@fd.org

Attorney for Defendant
ALEX LIAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:11-CR-0056 LKK |
|---|---|
| Plaintiff, | ) ORDER TO SEAL DOCUMENT |
| vs. | ) |
| ALEX LIAO, | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Request to Seal be granted and that the Defendant's Sentencing Memorandum be filed under seal, permitting Assistant United States Attorney Christiaan Highsmith access to the document.

Dated:  May 20, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT